MILBAUER and others, Respondents, vs. SCHOTTEN and others, Appellants.

*December 18, 1896 — January 12, 1897.*

*Appealable order: Election between express contract and* quantum meruit.

An order denying a motion to require plaintiff to elect whether he will proceed upon a cause of action on express contract or upon one on *quantum meruit* is not appealable under ch. 212, Laws of 1895.

APPEAL from an order of the superior court of Milwaukee county: R. N. AUSTIN, Judge.   *Appeal dismissed.*

The facts are sufficiently stated in the opinion of the court.

The cause was submitted for the appellants on the brief of *Henry L. Buxton,* and for the respondents on that of *Toohey, Gilmore & Donovan.*

MARSHALL, J.   The defendants, conceiving that the complaint contains a cause of action for a recovery on an ex-

press contract and also upon *quantum meruit*, moved the court for an order requiring plaintiffs to elect upon which cause of action they would rely. The motion was denied, and defendants appealed from the order entered in accordance therewith.

Appeals from orders are regulated by ch. 212, Laws of 1895, and, respecting orders entered in actions before judgment, it provides that only the following may be so carried to the supreme court for review: An order affecting a substantial right, made in an action where such order, in effect, determines the action, and prevents a judgment from which an appeal might be taken; an order which refuses, continues, or modifies a provisional remedy, or grants, refuses, modifies, or dissolves an injunction, or sets aside or dismisses a writ of attachment for irregularity, or when it sustains or overrules a demurrer. This appeal is not from such an order; hence must be dismissed.

*By the Court.*— The appeal is dismissed.